```
                                                    FILED
                                                BILLINGS DIV.
```

IN THE UNITED STATES DISTRICT COURT 2008 OCT 22 AM 11 32

FOR THE DISTRICT OF MONTANA   PATRICK E. DUFFY, CLERK

BY _____

BILLINGS DIVISION           DEPUTY CLERK

| | |
|---|---|
| FREEMAN WILLIAM STANTON, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>SAM LAW, Warden of Crossroads )<br>Correctional Center, et al., )<br>)<br>Respondents. )<br>_____ ) | CV-08-57-BU-RFC-CSO<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS OF<br>U.S. MAGISTRATE JUDGE |

On September 30, 2008, United States Magistrate Judge Carolyn Ostby entered her Findings and Recommendation (*Doc. 7*) with respect to Stanton's 28 U.S.C. § 2254 petition for writ of habeas corpus (*Doc. 1*). Magistrate Judge Ostby recommends that the petition be dismissed for lack of jurisdiction as a second or subsequent petition.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1)[1]. In this matter, Stanton filed an objection on October 14, 2008. Stanton's objections require this Court to make a *de novo* determination of those portions of the Findings and Recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Stanton offers eleven separate objections, none of which address Magistrate Judge

---

[1] In prisoner cases, this Court extends the time to object to twenty days in order to take into account the Supreme Court's ruling in *Houston v. Lack*, 487 U.S. 266, 270-71 (1988), and the somewhat greater mailing time that is involved in sending documents into and out of a prison facility.

1

Ostby's conclusion that the instant § 2254 petition is a second or subsequent petition for which he has not been granted leave to file. After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Ostby are well grounded in law and fact and adopts in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

(1)   Stanton's Petition(*Doc. 1*) is **DISMISSED** for lack of jurisdiction;

(2)   Stanton's motion to proceed in forma pauperis (*Doc. 3*) is **DENIED**; and

(3)   A certificate of appealability is **DENIED**.

The Clerk of Court is directed to enter a judgment of dismissal by separate document.

DATED this ____ day of October 2008.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

2